**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

FRANK DONOFRIO,
*on behalf of himself individually*
*and on behalf of those similarly situated,*

*Plaintiff,*

v.

IKEA HOLDINGS US, INC.; *et al.*,

*Defendants.*

CIVIL ACTION NO.:
2:18-cv-00599-AB

WILLIAM V. ANTONELLI, JR.,
*on behalf of himself individually*
*and on behalf of those similarly situated,*

*Plaintiff,*

v.

IKEA HOLDINGS US, INC.; *et al.*,

*Defendants.*

CIVIL ACTION NO.:
2:19-cv-01286-AB

BRANDON PAINE,
*on behalf of himself individually*
*and on behalf of those similarly situated,*

*Plaintiff,*

v.

IKEA HOLDINGS US, INC.; *et al.*,

*Defendants.*

CIVIL ACTION NO.:
2:19-cv-00723-AB

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO USE OF THE "PATTERN OR PRACTICE" METHOD FOR PROVING ADEA DISPARATE TREATMENT CLAIMS**

**CONSOLE MATTIACCI LAW, LLC**

BY: /s/ Susan Saint-Antoine
Stephen G. Console
Laura C. Mattiacci
Susan M. Saint-Antoine
Caren N. Gurmankin
Evelyn Kallenbach
Madison Provorny
1525 Locust Street, 9th Fl.
Philadelphia, PA 19102
(215) 545-7676 (phone)
(215) 545-8211 (fax)

Dated: 7/2/2024

*Attorney for Named Plaintiffs,*
*Frank Donofrio, Brandon Paine*
*and William Antonelli*
*(on behalf of themselves individually and*
*on behalf of those similarly situated)*