**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM V. ANTONELLI, JR.,<br>*Plaintiff*,<br>v.<br>IKEA HOLDINGS US, INC.; *et al.*,<br>*Defendants*. | CIVIL ACTION NO.:<br>2:19-cv-01286-AB |

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR DECERTIFICATION OF THE COLLECTIVE ACTION**

**CONSOLE MATTIACCI LAW, LLC**

BY: */s/ Susan Saint-Antoine*
Stephen G. Console
Laura C. Mattiacci
Susan M. Saint-Antoine
Caren N. Gurmankin
Evelyn Kallenbach
Madison Provorny
1525 Locust Street, 9th Fl.
Philadelphia, PA 19102
(215) 545-7676 (phone)
(215) 545-8211 (fax)

Dated: 7/2/2024

*Attorney for Plaintiff*