**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANK DONOFRIO,<br>*on behalf of himself individually*<br>*and on behalf of those similarly situated,*<br>Plaintiff,<br><br>v.<br>IKEA US RETAIL, LLC<br>Defendant. | CIVIL ACTION<br>No. 2:18-cv-00599-AB |
| WILLIAM V. ANTONELLI, JR.,<br>*on behalf of himself individually*<br>*and on behalf of those similarly situated,*<br>Plaintiff,<br><br>v.<br>IKEA HOLDING US, INC., *et al.*<br>Defendants. | CIVIL ACTION<br>No. 2:19-cv-01286-AB |
| BRANDON PAINE,<br>*on behalf of himself individually*<br>*and on behalf of those similarly situated,*<br>Plaintiff,<br><br>v.<br>IKEA HOLDING US, INC., *et al.*<br>Defendants. | CIVIL ACTION<br>No. 2:19-cv-00723-AB |

**PLAINTIFFS' OPPOSITION TO IKEA'S MOTION TO**
**STAY THE EXECUTION OF THE COURT'S SANCTIONS ORDER**

Plaintiffs on September 27, 2024 filed in each of these cases a Motion For Enforcement Of The Court's July 22, 2024 Order Imposing Monetary Sanctions Against IKEA (filed in *Donofrio* at ECF No. 423, in *Antonelli* at ECF No. 345, and in *Paine* at ECF No. 374). Plaintiffs oppose IKEA's Motion To Stay The Execution Of The Court's Sanction's Order (filed later the same day in *Donofrio* at ECF No. 424, in *Antonelli* at ECF No. 346, and in *Paine* at ECF No. 375) for the

reasons set forth by Plaintiffs in support of their Motion for Enforcement, which they incorporate herein by reference.

**Respectfully submitted,**

**CONSOLE MATTIACCI LAW, LLC**

BY: *<u>/s/ Susan M. Saint-Antoine</u>*

Stephen G. Console
Laura C. Mattiacci
Susan M. Saint-Antoine
Caren N. Gurmankin
Evelyn Kallenbach
Madison Provorny
1525 Locust Street, 9th Fl.
Philadelphia, PA 19102

Dated: 10/10/2024

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Susan M. Saint-Antoine, hereby certify that on this 10rd day of October 2024, the foregoing Plaintiffs' Opposition to IKEA's Motion To Stay The Execution Of the Court's Sanctions Order was electronically filed via ECF, and was thus served upon all counsel of record.

*Susan M. Saint-Antoine*
Susan M. Saint-Antoine